UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :

JOLYNE NERISSA JOHNSON,               :

                                       :

                Plaintiff,         :

                                       :           20-CV-8191 (JMF) (SN)

       -v-                             :

                                       :              ORDER

COMMISSIONER OF SOCIAL SECURITY,    :

                                       :

                Defendant.       :

                                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated October 7, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 5.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **November 16, 2020**.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated:  November 9, 2020                       _____
        New York, New York                    JESSE M. FURMAN
                                   United States District Judge