UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOLYNE JOHNSON,

                                **Plaintiff,**                          20-CV-8191 (JMF)(SN)

        -against-                                      **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                               **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On September 30, 2020, the Plaintiff, who is proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of social security disability benefits. On October 7, 2020, the Honorable Jesse M. Furman issued an Order for Service, notifying the U.S. Attorney's Office for the Southern District of New York of the filing of this *pro se* case. That same day, Judge Furman referred this case to my docket for a report and recommendation.

      On September 30, 2020, the Plaintiff initiated this action, seeking review of the Commissioner's decision that she was not disabled. See ECF No. 2. On October 7, 2020, the Honorable Jesse M. Furman entered an Order of Service directing the Commissioner to serve and file the Electronic Certified Administrative Record (e-CAR) within 90 days. ECF No. 5. On November 25, 2020, the parties consented to the jurisdiction of a magistrate judge, and the case was reassigned to my docket. On January 6, 2021, the Court granted the Commissioner's request for an extension of time in which to file the e-CAR, which was to be filed no later than March 8, 2021. ECF No. 15. To date, the Commissioner has not filed the e-CAR, and has not requested a

further extension. Accordingly, the Commissioner is directed to either file the e-CAR or a letter informing the Court of the status of its filing no later than March 15, 2021.

The Clerk of Court is respectfully requested to send this order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 11, 2021
         New York, New York