UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOLYNE JOHNSON,

                              **Plaintiff,**                              20-CV-8191 (JMF) (SN)

           -against-                                        **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On July 16, 2021, the Court stayed all briefing deadlines in light of Defendant's proposed stipulation for remand. The parties were instructed to file the stipulation by August 16, 2021. Because no stipulation has been filed, the conference scheduled for Monday, August 23, 2021, at 1:00 p.m. is RESCHEDULED to Wednesday, August 25, 2021, at 11:30 a.m. At the time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

      The Clerk of Court is respectfully requested to send this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      August 19, 2021
                 New York, New York