UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOLYNE JOHNSON,

                              Plaintiff,                          20-CV-8191 (SN)

          -against-                                        **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Court scheduled a conference for Wednesday, August 25, 2021, at 11:30 a.m. Both parties failed to appear. Accordingly, the conference is rescheduled for Friday, September 10, 2021, at 10:30 a.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

    In advance of the conference, Defendant is directed to file a letter indicating her position on whether the case should be dismissed without prejudice for Plaintiff's failure to prosecute or if the Court should *sua sponte* remand the case.

    The Clerk of Court is respectfully requested to send this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                United States Magistrate Judge

DATED:       August 25, 2021
                 New York, New York