```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOLYNE JOHNSON,

                              Plaintiff,                            20-CV-8191 (SN)

                -against-                             **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On September 30, 2020, Plaintiff Jolyne Johnson filed a complaint seeking judicial review of the Commissioner of Social Security's decision denying her benefits under 42 U.S.C. § 405(g) or 42 U.S.C. § 1383(c)(3). ECF No. 2. The Commissioner has consented to having the action remanded, which is the relief that Plaintiff sought in her case. See ECF No. 21. To the extent the Plaintiff seeks any other relief—such as money damages—such relief is unavailable in this action. Accordingly, the matter is REMANDED to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, which will include the opportunity for a hearing on remand. The Clerk is directed to enter judgment accordingly. See Shalala v. Schaefer, 509 U.S. 292 (1993).

      The Clerk of Court is respectfully requested to send this order to the *pro se* Plaintiff and defense counsel is directed to email a copy of the Order to Plaintiff.

**SO ORDERED.**

                                                          _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     September 10, 2021
                New York, New York