**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**JOLYNE JOHNSON,**

                Plaintiff,                20 **CIVIL** 8191 (SN)

        -against-                 **JUDGMENT**

**COMMISSIONER OF SOCIAL SECURITY,**

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2021, the Commissioner has consented to having the action remanded, which is the relief that Plaintiff sought in her case. See ECF No. 21, To the extent the Plaintiff seeks any other relief—such as monetary damages—such relief is unavailable in this action. Accordingly, the matter is remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, which will include the opportunity for a hearing on remand.


**Dated:**  New York, New York
           September 10, 2021


                                                        **RUBY J. KRAJICK**
                                                        _____
                                                            **Clerk of Court**
                                         **BY:**
                                                             **Deputy Clerk**